**United States District Court for the Southern District of Iowa**

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge

Criminal No. 4:25-cr-00033-RGE-WPK-2　　　:　Clerk's Court Minutes – Initial Appearance/Arraignment

United States of America vs. Luis Angel Cabral

Gov. Atty(s): Amy L. Jennings : ☐Indictment ☑Superseding Indictment ☐Information

Def. Atty(s): Peter Joseph Ickes : ☐Complaint ☐Warrant ☐Summons

Def. Appears: ☑In Person ☐Video Conference : Code Violation/Offense:

　　☐All Parties Consent to Video Proceeding : Ct 3s - 21:841(a)(1); 841(b)(1)(A); 846 Conspiracy to

Court Reporter: FTR Gold : Distribute a Controlled Substance

Interpreter: Ernest Niño-Murcia :

　　☐Interpreter Sworn

Date: May 5, 2025

Initial Appearance Start Time: 1:32 p.m.　Arraignment Start Time: 1:36 p.m.　End Time: 1:40 p.m.

## Initial Appearance

☑Advised of Rights

☐Advised of Consular Notification Rights : ☐ Appointed/Previously Appointed FPD

Requesting Consular Notification ☐Yes ☐No : ☑ Appointed/Previously Appointed CJA Counsel

☑Rule 5 Admonition Given : ☐Retained Counsel

## Arraignment

Trial Scheduled for: June 30, 2025 : ☑Advised of Charges/Maximum Penalties

Rule 16 Material due: May 13, 2025 : ☑Indicted in True Name

Reciprocal Discovery due: May 23, 2025 : 　True Name:

Pretrial Motions due: June 9, 2025 : ☑Reading of Indictment Waived

Plea Notification Deadline: June 13, 2025 : 　Plea of Not Guilty Accepted as to Ct(s): 3s

Plea Entry Deadline: June 16, 2025 : ☐Denied Forfeiture

Status/Scheduling Conference (Counsel Only): ☑Defendant advised that failure to enter a plea by deadline

June 16, 2025 at 8:30 a.m. before the Honorable William P. Kelly : 　may negatively impact consideration and finding regarding

Counsel shall call 833-990-9400, Guest ID 667-254-134, Guest PIN/Code 6500 (WPK) 　reduction in offense level based upon Acceptance of

　Responsibility pursuant to USSG.

## Custody Status

　　　　　　　　　　　　　　　　　:

☑Government Moved for Detention : Detention Hearing Set:

☐Defendant Waived Preliminary Examination : Before:

☑Defendant Waived Detention Hearing : Courthouse:　　　　　　　　　　Room:

Court Ordered Defendant: :

☐Released on Bond : Revocation Hearing Set:

☑Detained : Before:

　　　　　　　　　Courthouse:　　　　　　　　Room:

Defendant waives the use of Spanish-speaking interpreter and confirms English is his primary language. Interpreter was not sworn in. Court advises counsel that the District Judge typically only allows one continuance of trial.

　　　　　　　　　　　　　　　　　　　/s/ K. Platt

　　　　　　　　　　　　　　　　　　　Deputy Clerk