## United States District Court for the Southern District of Iowa

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge

Criminal No. 4:25-cr-00033-RGE-WPK-2          :     Clerk's Court Minutes – Initial Appearance/Arraignment

---

United States of America vs. Luis Angel Cabral

---

Gov. Atty(s): Amy L. Jennings          :  ☐ Indictment  ☑ Superseding Indictment  ☐ Information
Def. Atty(s):  Peter Joseph Ickes       :  ☐ Complaint  ☐ Warrant  ☐ Summons
Def. Appears: ☑ In Person  ☐ Video Conference :  Code Violation/Offense:
      ☐ All Parties Consent to Video Proceeding :  Ct 3s - 21:841(a)(1); 841(b)(1)(A); 846 Conspiracy to
Court Reporter: FTR Gold          :  Distribute a Controlled Substance
Interpreter: Ernest Niño-Murcia        :
      ☐ Interpreter Sworn

Date: May 5, 2025

Initial Appearance Start Time: 1:32 p.m.    Arraignment Start Time: 1:36 p.m.    End Time: 1:40 p.m.

### Initial Appearance

☑ Advised of Rights
☐ Advised of Consular Notification Rights
Requesting Consular Notification ☐ Yes ☐ No
☑ Rule 5 Admonition Given

:  ☐ Appointed/Previously Appointed FPD
:  ☑ Appointed/Previously Appointed CJA Counsel
:  ☐ Retained Counsel
:

### Arraignment

Trial Scheduled for: June 30, 2025
Rule 16 Material due: May 13, 2025
Reciprocal Discovery due: May 23, 2025
Pretrial Motions due: June 9, 2025
Plea Notification Deadline: June 13, 2025
Plea Entry Deadline: June 16, 2025
Status/Scheduling Conference (Counsel Only):
June 16, 2025 at 8:30 a.m. before the Honorable William P. Kelly
Counsel shall call 833-990-9400, Guest ID 667-254-134, Guest PIN/Code 6500 (WPK)

:  ☑ Advised of Charges/Maximum Penalties
:  ☑ Indicted in True Name
:     True Name:
:  ☑ Reading of Indictment Waived
:     Plea of Not Guilty Accepted as to Ct(s): 3s
:  ☐ Denied Forfeiture
☑ Defendant advised that failure to enter a plea by deadline may negatively impact consideration and finding regarding reduction in offense level based upon Acceptance of Responsibility pursuant to USSG.

### Custody Status

☑ Government Moved for Detention
☐ Defendant Waived Preliminary Examination
☑ Defendant Waived Detention Hearing

Court Ordered Defendant:
☐ Released on Bond
☑ Detained

:
:  Detention Hearing Set:
:  Before:
:  Courthouse:                    Room:
:  Revocation Hearing Set:
:  Before:
:  Courthouse:                    Room:

---

Defendant waives the use of Spanish-speaking interpreter and confirms English is his primary language. Interpreter was not sworn in. Court advises counsel that the District Judge typically only allows one continuance of trial.

/s/ K. Platt
Deputy Clerk