**United States District Court for the Southern District of Iowa**

Presiding: Honorable William P. Kelly, U.S. Magistrate Judge        :

Case No. 4:25-cr-00033-RGE-WPK-2        :  Clerk's Court Minutes – Detention Hearing

| Plaintiff(s) | : | Defendant(s) |
|---|---|---|
| | : | |
| United States of America | : | Luis Angel Cabral |
| | : | |

Plaintiff(s) Counsel: MacKenzie Benson Tubbs    :  All parties consent to video proceedings

Defendant(s) Counsel: Peter Joseph Ickes    :  ☐Yes ☐No ☑N/A

Defendant's Appearance: ☑In Person ☐Video Conference  :  Interpreter:

Court Reporter: Karla Ray    :  ☐Interpreter Sworn

Motion(s) for Ruling:        Ruling  /  Ruling Reserved

Defendant's Motion for Release on Bond (ECF #89)    Granted

☐Court found that probable cause exists that the defendant committed the offense(s) charged

☐Court did not find that probable cause exists that the defendant committed the offense(s) charged

☑Government agrees to release on bond

☐Court advises Defendant/Government of right to appeal

Court issues ruling and orders Defendant:

☐Detained pending further proceedings

☑Released on conditions

☐Court takes matter under advisement; Defendant to remain detained pending ruling on this matter

Additional Information

Time Start: 2:06 p.m.

Time End: 2:10 p.m.

Date: June 9, 2025

/s/ K. Platt
_____

Deputy Clerk