IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 25-CR-33 |
| | ) | |
| v. | ) | |
| | ) | |
| RONNIE VELEZ GONZALEZ, | ) | MOTION TO CONTINUE TRIAL |
| | ) | AND EXTEND PRETRIAL MOTION |
| Defendant. | ) | AND PLEA DEADLINES |

COMES NOW, Defendant, through counsel, and hereby requests that the Court continue the trial and extend the pretrial deadlines in this matter, stating:

1. Trial is currently scheduled for June 30, 2025.

2. Undersigned counsel entered his appearance for Defendant on May 5, 2025.

3. The parties are in communication. Counsel for Defendant needs additional time to review the discovery materials. The discovery materials were originally made available on May 8, 2025. Due to part of the discovery being received in a 'zipped' format, counsel could not extract parts of the discovery. The unavailable items of discovery were ultimately made available Thursday June 5, 2025 and received by counsel's office on June 6, 2025.

4. Counsel for Defendant has spoken with Mr. Velez-Gonzalez about speedy trial, issues related to late disclosure of discovery, and other rights, and defendant is in agreement that a continuance of his trial date and extension of the deadlines is in his best interest.

5. Defendant requests that the Court continue the trial in this matter, and extend the pretrial motions and plea deadlines for a period of 60 days.

6. Undersigned has contacted counsel for the Government, Jonathan Holscher. Mr. Holscher has no objection to this request. Counsel has additionally contacted counsel for co-defendants but has received no response at the time of this filing.

7. The interests of justice in granting this continuance outweigh the interests of the public in a speedy trial. Further, this delay constitutes excludable time under the Speedy Trial Act.

WHEREFORE, Defendant requests that the Court continue the trial and extend the pretrial motion and plea deadlines.

/s/ James Nelsen
James Nelsen
Stowers & Nelsen PLC
650 S. Prairie View Drive, Suite 130
West Des Moines, IA 50266
Phone: (515) 224-7446
Fax: (515) 225-6215
Email: james@stowersnelsen.com
ATTORNEY FOR DEFENDANT
Ronnie Velez Gonzalez