# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO. 25-CR-33 |
| ) | |
| JORGE ALEJANDRO MENENDEZ ORELLANA,) | |
| ) | |
| Defendant. ) | |

## JOINDER IN MOTION TO CONTINUE

COMES NOW Defendant and joins in Ronnie Velez Gonzalez's Motion to Continue Trial and Extend Pretrial Motion and Plea Deadlines.

                                        JORGE ALEJANDRO MENENDEZ
                                        ORELLANA, DEFENDANT

BY:      /s/ Jennifer Weaver _____
           Jennifer Weaver AT0008317
           309 West Main Street,
           Marshalltown, Iowa 50158
           Phone: (641) 328-5234
           Email: jennifer@iowadefenselawyer.com
           ATTORNEY FOR DEFENDANT

ON June 10, 2025, the undersigned sent notice to all parties by filing on the electronic filing system.


/s/ Jennifer Weaver _____